FILED

OCT 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 07-70419 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] TRAVEL ORDER |
| v. | ) | |
| | ) | |
| ERNST JOHN ROHDE, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Ernst John Rohde shall be allowed to leave the State of California on November 9, 2007 to travel to Las Vegas, Nevada, returning on November 15, 2007.

It is further ordered that Mr. Rohde shall communicate with Pretrial Services before leaving and upon returning to the State of California, as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

DATED: 10/15/07

_____
Honorable Richard Seeborg
United States District Court