## PROPOSED ORDER/COVER SHEET

TO: **Honorable Richard Seeborg**
**U.S. Magistrate Judge**

RE: **Ernst Rohde**

FROM: **Claudette M. Silvera, Chief**
**U.S. Pretrial Services Officer**

DOCKET NO.: **CR07-70419 RS**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
**U.S. Pretrial Services Officer**

**(408) 535-5223**
**TELEPHONE NUMBER**

RE: **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

JAN 1 4 2008

CLERK ... URT
NORTHE... OF CALIFORNIA
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

*The defendant may reside in his Southern California residence only after his sister-in-law is advised of the charges pending against him or after the minor children are no longer living at the residence*

_____
**JUDICIAL OFFICER**

1-14-08
_____
**DATE**

**Cover Sheet** (12/03/02)