**E-FILING**

JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

Attorney for Plaintiff

FILED

08 FEB .7 A 11: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 00060 JF PVT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2253(a)(1) & (a)(3) – Criminal Forfeiture |
| v. | |
| ERNST JOHN ROHDE, | |
| Defendant. | SAN JOSE VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors)

On or about between May 22 and July 27, 2006, at the NASA Ames Research Center, Moffett Field, in the Northern District of California, the defendant,

ERNST JOHN ROHDE,

did knowingly and intentionally receive in interstate commerce, by means of computer, certain visual depictions, the producing of which involved the use of one and more minors engaging in sexually explicit conduct, and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

INFORMATION

1  COUNT TWO: (18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation
2  of Minors)
3      On or about May 21, 2006, in the Eastern District of California, the defendant,
4                          ERNST JOHN ROHDE
5  did knowingly and intentionally receive in interstate commerce, by means of computer, certain
6  visual depictions, the producing of which involved the use of one and more minors engaging in
7  sexually explicit conduct, and which visual depictions were of such conduct, in violation of Title
8  18, United States Code, Section 2252(a)(2).
9
10  FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
11      The allegations contained in Counts One and Two of this Indictment are realleged and
12  fully incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States
13  Code, Section 2253.
14      Upon conviction of the offenses alleged in Counts One and Two above, the defendant,
15                          ERNST JOHN ROHDE,
16  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
17  and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all
18  property, real or personal, used or intended to be used to commit or promote the commission of
19  the offenses of conviction, including but not limited to the following:
20      (1) One HP Pavilion Zu 5000, S/N: CND4391GDN (w/ power cord and battery);
21      (2) One Toshiba Laptop computer, Satellite Model A55-51063, S/N: X5022571H;
22  
23      (3) One generic computer tower w/ no serial number containing 1 Western Digital hard drive, model #: WD3200JB-OOKFAO, S/N: WCAMr22559552; and
24      (4) 7 external hard drives,
25  //
26  //
27  //
28  //

INFORMATION                                       2

1 | seized from the defendant's residence in, Stockton, California, on or about March 21, 2007

2 | DATED:

JOSEPH R. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____
AUSA: O'Connell

INFORMATION 3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 2252(a)(2) - Receipt of Material Involving the Sexual Exploitation of Minor   COUNT TWO: 18 U.S.C. § 2252(a)(2) - Receipt of Material Involving the Sexual Exploitation of Minor

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment
$250,000 fine
Life supervisor release
$100 special assessment

E-FILING

— DEFENDANT - U.S. —
▶ ERNST ROHDE

**DISTRICT COURT NUMBER**
CR 08 00060 JF VT

---

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Melanie Martinsen - NASA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y    ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
07-70419 RS

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    TOM O'CONNELL

---

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
    Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l    ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS    ☑ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: