Case 5:08-cr-00060-JF    Document 14    Filed 02/22/2008    Page 1 of 1

AO 455 (Rev. 5/85) Waiver of Indictment

**Filed**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
Ernst Rohde

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-08-00060-JF

I, __Ernst Rohde__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 22, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before __Hon. Jeremy Fogel__
_Judicial Officer_