UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Arraignment and Disposition Hearing, February 22, 2008
**Case Number:** CR-08-00060-JF/PVT
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. ERNST ROHDE

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ernst Rohde |
| **Attorneys Present:** Thomas O'Connell | **Attorneys Present:** Daniel Barton |

PROCEEDINGS:

Arraignment and disposition hearing held. Counsel and defendant are present. Defendant waives reading of the Information and waives Indictment. Defendant pleads guilty to counts 1 and 2 of the Information. Continued to 6/25/08 at 9:00 a.m. for sentencing. Counsel stipulate not to remand defendant at this time and defendant shall remain on pretrial supervision. The Court accepts the stipulation and so orders. The hearing date on 2/28/08 before Judge Trumbull is vacated.