Daniel L. Barton, Esq., (SBN: 135806)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ernst John Rohde

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNST JOHN ROHDE,<br><br>Defendant. | Case No. CR-08-00060 JF/PVT<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

I, Daniel L. Barton, hereby declare:

1. I am an attorney at law licensed to practice before the courts of the state of California and the Northern District of California. I am counsel of record for defendant Ernst John Rohde.

2. On February 22, 2008, Defendant Rohde entered pleas of guilty to both counts of the information in the above-entitled case. Defendant was permitted to remain out of custody pending sentencing in this matter. Sentencing is now scheduled for June 25, 2008. One of the conditions of defendant's release is that defendant shall submit to global position satellite (GPS) monitoring as directed by Pretrial Services.

3. Defendant has been diagnosed with prostate cancer. He is presently scheduled to undergo a radical prostatectomy surgery at St. Joseph's Hospital in

Stockton, California on March 20, 2008. It is expected that defendant will remain in the hospital for approximately four days after the surgery. For approximately two weeks after the surgery, defendant is expected to remain bedridden, except for follow-up visits to the hospital.

4. In order to accommodate defendant's treatment for cancer and his stay in the hospital, it is necessary that defendant be relieved of the condition of GPS monitoring from March 19, 2008 to April 2, 2008.

5. This matter is being prosecuted by AUSA Thomas O'Connell. I have informed Mr. O'Connell of this request and he has indicated that he has no objection to defendant's temporarily being relieved of his GPS monitoring condition for two weeks in order to accommodate defendant's medical needs.

6. Pretrial Services Officer Anthony Granados is aware of this request. On March 4, 2008, Mr. Granada indicated to me that he has no objection to defendant's temporarily being relieved from GPS monitoring during the two weeks following his prostate surgery. Mr. Granados has advised that the defendant has been cooperative and compliant with the terms of his pretrial release.

7. Defendant does not seek modification of any other conditions of his pretrial release.

8. For the foregoing reasons, it is respectfully requested that Mr. Rohde be relieved from the condition of pretrial release requiring GPS monitoring from March 19, 2008 to April 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief; and as to those matters, I am informed and believe them to be true.

This declaration was executed at Palo Alto, California on this 5th day of March, 2008.

Daniel L. Barton

- 2 -

BARTON DECLARATION IN SUPPORT OF ORDER FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS