Daniel L. Barton, Esq., (SBN: 135806)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ernst John Rohde

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERNST JOHN ROHDE,<br><br>　　　　　Defendant. | Case No. CR-08-00060 JF/PVT<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

　　GOOD CAUSE HAVING BEEN SHOWN,

　　IT IS HEREBY ORDERED THAT defendant Ernst John Rohde shall be relieved of the requirement that he submit to global position satellite (GPS) monitoring as a condition of his pretrial release from March 19, 2008 to April 2, 2008 for the sole purpose of facilitating Mr. Rohde's cancer treatment and recovery from surgery.

　　All other conditions of pretrial release shall remain in effect.

　　IT IS SO ORDERED.

Dated: _____   　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Patricia Trumbull, Magistrate
　　　　　　　　　　　　　　　　　　　　United States District Court

- 1 -
[PROPOSED] ORDER GRANTING TEMPORARY MODIFICATION OF RELEASE CONDITIONS