1  Daniel L. Barton, Esq., (SBN: 135806)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ernst John Rohde

FILED

MAR - 6 2008 

RICHARD W. W[...]
CLERK [...]
NORT[...]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNST JOHN ROHDE,<br><br>　　　　Defendant. | Case No. CR-08-00060 JF/PVT<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

　　GOOD CAUSE HAVING BEEN SHOWN,

　　IT IS HEREBY ORDERED THAT defendant Ernst John Rohde shall be relieved of the requirement that he submit to global position satellite (GPS) monitoring as a condition of his pretrial release from March 19, 2008 to April 2, 2008 for the sole purpose of facilitating Mr. Rohde's cancer treatment and recovery from surgery.

　　All other conditions of pretrial release shall remain in effect.

　　IT IS SO ORDERED.

Dated: 3/6/08

~~Honorable Patricia Trumbull, Magistrate~~
~~United States District Court~~

Nandor J. Vadas
United States Magistrate Judge

[PROPOSED] ORDER GRANTING TEMPORARY MODIFICATION OF RELEASE CONDITIONS