PROPOSED ORDER/COVER SHEET

TO:   Honorable Richard Seeborg            RE:   Ernst Rohde
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.:   CR08-0060 JF
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                           (408) 535-5223
U.S. Pretrial Services Officer             TELEPHONE NUMBER

FILED
APR 16 2008

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 14, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

    A.

    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

JUDICIAL OFFICER                           DATE  4-15-08

Cover Sheet (03/26/08)