Daniel L. Barton, Esq., (SBN: 135806)

Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ernst John Rohde

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-00060-1JF |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING** |
| v. | |
| ERNST JOHN ROHDE, | |
| Defendant. | |

With the agreement of the parties and with the consent of the defendant Ernst John Rohde ("Rohde"), the Court enters this Order: (1) vacating the sentencing date for defendant Rohde, now set for June 25, 2008, at 9:00 a.m.; and (2) setting a new sentencing hearing for defendant Rohde for September 24, 2008, at 9:00 a.m.

## STIPULATION

The parties agree and the Court holds as follows:

1. On February 22, 2008, defendant Rohde pled guilty to counts 1 and 2 of an information charging the defendant with violations of 18 U.S.C. § 2252(a)(2), receipt of materials involving sexual exploitation of minors. Sentencing was set for June 25, 2008, at 9:00 a.m.

- 1 -
STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING

2.    At the time of the entry of plea, Mr. Rohde had been diagnosed with prostate cancer and anticipated surgery to remove his prostate. On March 20, 2008, Mr. Rohde had a radical prostatectomy. In the medical examination after the surgery, it was discovered that the cancer had not been contained and had spread beyond the prostate.

3.    Mr. Rohde is scheduled to begin an eight week course of external beam radiation therapy to treat his cancer. The treatment will be administered at the Ben Schaffer Cancer Institute in Lodi, California. The radiation treatment is scheduled to commence on June 19, 2008 and to last until mid to late August.

4.    Counsel for the defendant, Daniel L. Barton, and Assistant United States Attorney, Thomas O'Connell, have agreed to stipulate to a continuance of defendant Rohde's sentencing to September 24, 2008 and recommend this date to the court for the continued sentencing.

5.    Undersigned counsel for the defendant has consulted with assigned Probation Officer Lori Timmons, who has indicated that she is available for sentencing on the proposed date of Wednesday, September 24, 2008, at 9:00 a.m.

SO STIPULATED:

Joseph R. Russoniello
United States Attorney

Dated: 6/19/08

By: Thomas M. O'Connell
Assistant United States Attorney

Nolan, Armstrong & Barton, LLP

Dated: 6/19/08

Daniel L. Barton
Attorney for Defendant

- 2 -
STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING

## ORDER

For reasons stated in the parties' Stipulation to Continue Sentencing, and for good cause shown, the Court vacates the June 25, 2008 sentencing date, with respect to defendant Ernst John Rohde, and sets a new sentencing date of September 24, 2008, 9:00 a.m.

IT IS SO ORDERED.

Dated: _____       _____
Honorable Jeremy Fogel
United States District Court