PROPOSED ORDER/COVER SHEET

TO:  Honorable Richard Seeborg         RE:    Ernst John Rohde
     U.S. Magistrate Judge

FROM: Richard W. Wieking, Acting Chief   DOCKET NO.:  CR08-0060 JF
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                              (408) 535-5223
U.S. Pretrial Services Officer                TELEPHONE NUMBER

**FILED**

**AUG 1 4 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: August 8, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

JUDICIAL OFFICER                    DATE  8/14/08

Cover Sheet (03/26/08)