Daniel L. Barton, Esq., (SBN: 135806)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ernst John Rohde

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERNST JOHN ROHDE,<br><br>　　　　　Defendant. | Case No. CR-08-00060-1 JF<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING** |

　　　With the agreement of the parties and with the consent of the defendant Ernst John Rohde ("Rohde"), the Court enters this Order: (1) vacating the sentencing date for defendant Rohde, now set for September 24, 2008, at 9:00 a.m.; and (2) setting a new sentencing hearing for defendant Rohde for December 3, 2008, at 9:00 a.m.

### STIPULATION

　　　The parties agree and the Court holds as follows:

　　　1.　On February 22, 2008, defendant Rohde pled guilty to counts 1 and 2 of an Information charging the defendant with violations of 18 U.S.C. § 2252(a)(2), receipt of materials involving sexual exploitation of minors. Sentencing was set for June 25, 2008, at 9:00 a.m. That sentencing date was continued by stipulation to September 24, 2008,

- 1 -
STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING

at 9:00 a.m.

2.  At the time of the entry of plea, Mr. Rohde had been diagnosed with prostate cancer and anticipated surgery to remove his prostate. On March 20, 2008, Mr. Rohde had a radical prostatectomy. In the medical examination after the surgery, it was discovered that the cancer had not been contained and had spread beyond the prostate.

3.  Commencing on June 19, 2008, the defendant embarked on a course of 39 radiation treatments at the Ben Schaffer Cancer Institute in Lodi, California. The last of these radiation treatments was administered on August 13, 2008.

4.  As part of the post-radiation treatment, the defendant is scheduled to receive an injection of Lupron on October 15, 2008. Lupron is a drug which relieves the symptoms of advanced prostate cancer by shutting down the production of testosterone, which is what the prostate cancer cells rely on as fuel to grow. The drug has significant side effects and normally symptoms increase after the first injection.

5.  Mr. Rohde has an appointment on October 18, 2008 to follow up with the treating physicians at the Ben Schaffer Cancer Institute to monitor his PSA level and evaluate any further course of treatment. It is likely that the post-radiation prostate cancer treatment will last at least through the month of October and November.

6.  Counsel for the defendant, Daniel L. Barton, and Assistant United States Attorney, Thomas O'Connell, have agreed to stipulate to a continuance of defendant Rohde's sentencing to December 3, 2008 and recommend this date to the court for the continued sentencing.

7.  Undersigned counsel for the defendant has consulted with assigned Probation Officer Lori Timmons, who has indicated that she is available for sentencing on the proposed date of December 3, 2008, at 9:00 a.m.

//
//
//

SO STIPULATED:

Joseph R. Russoniello
United States Attorney

Dated: 9/23/08

By: Thomas M. O'Connell
Assistant United States Attorney

Nolan, Armstrong & Barton, LLP

Dated: 9/23/08

Daniel L. Barton
Attorney for Defendant

### ORDER

For reasons stated in the parties' Stipulation to Continue Sentencing, and for good cause shown, the Court vacates the September 24, 2008 sentencing date, with respect to defendant Ernst John Rohde, and sets a new sentencing date of December 3, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 9/24/08

The Honorable Jeremy Fogel
United States District Court