UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00060 JF |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| ERNST JOHN ROHDE, | ) | |
| Defendant. | ) | |

On August 13, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

1. One HP Pavilion Zu 5000, S/N CND4391GDN (w/power cord and battery);
2. One Toshiba Laptop computer, Satellite Model A55-51063, S/N: X5022571H;
3. One generic compute tower w/no serial number containing 1 Western Digital hard drive, model #: WD3200JB-OOKFAO, S/N: WCAMr22559552; and
4. 7 external hard drives

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

///

1  All right, title, and interest in said property is vested in the United States of America.  The
2  appropriate federal agency shall dispose of the forfeited property according to law.
3
4  Dated:
   _____
   JEREMY FOGEL
5  United States District Judge